ACCEPTED
14-15-00433-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 11:02:37 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00433-CR

IN THE COURT OF APPEALS

FOR THE

FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 11:02:37 AM
CHRISTOPHER A. PRINE
Clerk

---

T. C. CAUSE NO. 1421833

IN THE 232ND DISTRICT COURT

OF HARRIS COUNTY, TEXAS

---

MICHAEL PERRY

Appellant

V.

THE STATE OF TEXAS

Appellee

---

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, MICHAEL PERRY, Appellant, by and through the undersigned Attorney, under the authority of Tex.R.App.Proc. 10.5(b), and files this First Motion for Extension of Time in Which to File Appellant's Brief in the above cause. In support thereof, the Appellant presents the following:

1. On March 25, 2015 the Appellant was sentenced to 15 years in Texas Department of Criminal Justice for the offense of Possession of a Firearm by a Felon;

2. The Appellant filed Notice of Appeal on April 23, 2015;

3. The clerk's record was received and filed by the Court on August 27, 2015;

4. The reporter's record was received and filed by the Court on June 12, 2015; and the record is six (6) volumes and 300 pages;

5. Appellant's brief was due to be filed on September 28, 2015

6. Appellant has not previously requested an extension of time to file his brief;

7. Appellant requests an extension of ninety (90) days in which to file his brief; that is an extension of time to, and including, December 28, 2015;

8. The following fact is relied upon to show extraordinary circumstances for the requested extension:

> Appellant's attorney was set for trial on September 28, 2015 in the State of Texas v. Jose Garcia in Harris County, Cause No1399145, a felony charge of Intoxication Manslaughter, which required extensive time to prepare.
>
> Appellant's attorney is set for trial on October 6, 2015 in the State of Texas v. Ericka Benson in Andrews County, Cause Nos. 6589 and 6590, a Felony charge of Fraudulent Transfer of Motor Vehicle and Hinder Secured Creditors, which required extensive time to prepare,
>
> Appellant's attorney is set for trial on October 12, 2015 in the State of Texas v. Juan Guerrero in Galveston County, Cause No. 350527, a misdemeanor charge of Driving While Intoxicated, which required extensive time to prepare.
>
> Appellant's attorney is preparing a Writ of Habeas Corpus and Appeal for Russell Levi Pope v. State of Texas, Cause No. 14-15-740-CR, due in the 14th Court of Appeals on September 28, 2015. Counsel filed a motion to supplement the record with the 14th Court on September 17, 2015. Additionally, Counsel has filed a motion with the 14th Court asking for a 30-day extension in which to file his brief, once the Court grants his motion to supplement the record.
>
> Appellant's attorney is also preparing for the Texas Board of Legal Specialization Board Certification Exam in Austin October 23, 2015.

Appellant's attorney is a solo practitioner and will need the above requested time to properly review the extensive record to be able to then write Appellant's Brief.

For these reasons, Appellant asks this Court to grant an extension of time to file Appellant's brief in this cause until December 28, 2015.

Respectfully submitted,

RICHARD K. OLIVER
SBN 24048179
1221 Studewood St.
Houston, TX 77008
Tel: 713-864-3700
Fax: 713-864-3703
ATTORNEY FOR APPELLANT
MICHAEL PERRY

# AFFIDAVIT

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, on this day personally appeared RICHARD K. OLIVER, who after being duly sworn, deposed and stated:

"I am the attorney in charge for Appellant, Michael Perry. I have read the attached Motion and the facts and allegations contained therein are true and correct to the best of my knowledge and belief."

Further Affiant sayeth not.

_____
Richard K. Oliver

SWORN TO AND SUBSCRIBED before me on this 30th day of September 2015.

_____
Notary Public, State of Texas

SHEILA LEISINGER
Notary Public, State of Texas
My Commission Expires
September 16, 2017

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument has been delivered to Mr. Alan Curry at the following address on this the 30th day of _September_ , 2015.

Mr. Alan Curry
Chief, Appellate Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, TX 77002

_____
Richard K. Oliver